UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN JOSHUA MUNAFO,

        Defendant.
_____/

No. 1:21-mj-25

COMPLAINT
**PENALTY SHEET**

**CHARGE – COMMUNICATING A THREAT IN INTERSTATE – 18 U.S.C. § 875(c)**

**Penalty:** Not more than 5 years' imprisonment and $250,000 fine

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class D Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**Mandatory Restitution:** [18 U.S.C. § 3663A]


Date:  January 20, 2021

*/s/ Nils R. Kessler*
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046