UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,                                         No. 1:21-mj-25

    vs.

JONATHAN JOSHUA MUNAFO,

    Defendant.

                                    MOTION TO SEAL
_____/

Now comes the United States of America by Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Nils R. Kessler, Assistant United States Attorney, and moves this court to seal the Complaint in the above entitled case in order that the execution of the arrest warrant be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendant is advised of these proceedings, arrested, the investigation is completed, or further order of this court.

                                                  Respectfully submitted,

                                                  ANDREW BYERLY BIRGE
                                                  United States Attorney

Dated:  1/20/2021

                                                  _____
                                                  NILS R. KESSLER
                                                  Assistant United States Attorney
                                                  P.O. Box 208
                                                  Grand Rapids, MI   49501-0208
                                                  (616) 456-2404

       IT IS SO ORDERED.

Dated:  January 20, 2021                           /s/ Sally J. Berens
                                                  SALLY J. BERENS
                                                  United States Magistrate Judge
                                                  United States District Court