UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - -

UNITED STATES OF AMERICA,

     Plaintiff,                          No. 1:21-mj-25

     vs.

JONATHAN JOSHUA MUNAFO,

     Defendant.

                                            __MOTION TO UNSEAL__
_____/

     Now comes the United States of America by Andrew Byerly Birge, United States

Attorney for the Western District of Michigan, and Nils R. Kessler, Assistant United States

Attorney, and moves this court to unseal the Complaint in the above entitled case because the

defendant has been arrested.

                                    Respectfully submitted,

                                    ANDREW BYERLY BIRGE
                                  United States Attorney

Dated:  4/23/2021                   _____
                                  NILS R. KESSLER
                                  Assistant United States Attorney
                                  P.O. Box 208
                                  Grand Rapids, MI   49501-0208
                                  (616) 456-2404

       IT IS SO ORDERED.

Dated:  __**Apr 23, 2021**__         _____
                                  PHILLIP J. GREEN
                                  United States Magistrate Judge
                                  United States District Court