CLOSED

# U.S. District Court
## Middle District of Florida (Orlando)
### CRIMINAL DOCKET FOR CASE #: 6:21−mj−01355−GJK−1

| | |
|---|---|
| Case title: USA v. Munafo | Date Filed: 04/23/2021 |
| | Date Terminated: 04/23/2021 |

Assigned to: Magistrate Judge Gregory J. Kelly

**Defendant (1)**

| | | |
|---|---|---|
| **Jonathan Joshua Munafo**<br>*TERMINATED: 04/23/2021* | represented by | **Joshua Roy Lukman**<br>Federal Public Defender's Office<br>201 S Orange Ave., Ste 300<br>Orlando, FL 32801−3417<br>407/648−6338<br>Fax: 407/648−6095<br>Email: joshua_lukman@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:875C.F INTERSTATE COMMUNICATIONS − THREATS | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jennifer Michele Harrington**<br>United States Attorney's Office<br>400 W. Washington Street, Suite 3100<br>Orlando, FL 32801<br>407−648−7651<br>Fax: 407−648−7643<br>Email: Jennifer.harrington2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2021 | 1 | Arrest pursuant to Rule 5(c)(2) of Jonathan Joshua Munafo from the Western District of Michigan. (KKA) (Entered: 04/23/2021) |
| 04/23/2021 | 2 | Minute Entry for In Person proceedings held before Magistrate Judge Gregory J. Kelly: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 4/23/2021 as to Jonathan Joshua Munafo from the Western District of Michigan. Appearance entered by Joshua Roy Lukman for Jonathan Joshua Munafo on behalf of defendant. (digital) (KKA) (Entered: 04/23/2021) |
| 04/23/2021 | 3 | ***CJA 23 Financial Affidavit by Jonathan Joshua Munafo. (KKA) (Entered: 04/23/2021) |
| 04/23/2021 | 4 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jonathan Joshua Munafo Joshua Roy Lukman for Jonathan Joshua Munafo appointed. Signed by Magistrate Judge Gregory J. Kelly on 4/23/2021. ctp(KKA)** (Entered: 04/23/2021) |
| 04/23/2021 | 5 | WAIVER of Rule 5 & 5.1 Hearings hearing by Jonathan Joshua Munafo. (KKA) (Entered: 04/23/2021) |
| 04/23/2021 | 6 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Western District of Michigan as to Jonathan Joshua Munafo. Signed by Magistrate Judge Gregory J. Kelly on 4/23/2021. (KKA)** (Entered: 04/23/2021) |
| 04/23/2021 | 7 | **COMMITMENT TO ANOTHER DISTRICT as to Jonathan Joshua Munafo. Defendant committed to the Western District of Michigan. Signed by Magistrate Judge Gregory J. Kelly on 4/23/2021. (KKA)** (Entered: 04/23/2021) |
| 04/23/2021 |  | NOTICE to Western District of Michigan of a Rule 5 or Rule 32 Initial Appearance as to Jonathan Joshua Munafo regarding your case number: 1:21−25. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (KKA) (Entered: 04/23/2021) |