UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 6: 21-1355

JONATHAN JOSHUA MUNAFO

AUSA: Jen Harrington
Defense Atty.: Josh Lukman

| U.S. MAGISTRATE JUDGE | Gregory J. Kelly Courtroom 3C | | April 23, 2021 2:34-2:50 = 15 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | | PTS/PROB. | Sonya Williams |

## CLERK'S MINUTES
## INITIAL APPEARANCE ON RULE 5C VIOLATION OF PRETRIAL RELEASE & FAILURE TO APPEAR
**DFT TAKEN INTO FEDERAL CUSTODY TODAY**

Case called, appearances made, procedural setting by Court
Parties advised of Due Process Protections Act
Dft advised of his rights
Dft requests appointment of counsel/Court appoints FPD
No issue as to identity
Gov summarizes violations and penalties
Court questions why defendant was not brought to the court in a timely manner
Gov seeks detention
Dft counsel he and Gov counsel discussed in length the delay in dft being brought before the court
Dft waives is his right to detention and preliminary hearing in this district to be held in charging district
Court enters order of removal and commitment order
Gov states another complaint for this defendant has been filed in another district court
Court adjourned